JS-6   O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2295 AHM (SSx) | Date | April 14, 2009 |
|---|---|---|---|
| Title | LUCY BAGAI v. STANDARD INSURANCE COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

      This case is now before this Court on a Notice of Removal by Defendant Standard Insurance Company. But it has been here before. On February 4, 2009, Plaintiff filed this action in this Court based on diversity jurisdiction under 28 U.S.C. § 1332.[1] However, diversity jurisdiction was not evident from the face of the Complaint because it alleged that Plaintiff was a resident, not a citizen, of California. *See Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001) ("A person residing in a given state is not necessarily domiciled there, and thus is not necessarily a citizen of that state."). On February 9, 2009, this Court therefore issued an Order to Show Cause why the case should not be dismissed for lack of diversity jurisdiction. Plaintiff never responded to the Order.

      The Complaint that Plaintiff re-filed in state court still alleges that "Plaintiff, Lucy Bagai is a *resident* of the State of California, County of Los Angeles." Compl. ¶ 2 (emphasis added). The Notice of Removal states that "Plaintiff currently is a citizen of California and was a citizen of California at the time this action was commenced in state court." But to support this statement it cites only to paragraph 2 of the Complaint.

///
///
///
///

---

[1] The case was then numbered CV 09-0863 AHM (SSx).

JS-6         O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2295 AHM (SSx) | Date | April 14, 2009 |
|---|---|---|---|
| Title | LUCY BAGAI v. STANDARD INSURANCE COMPANY | | |

   Because the Complaint still fails to establish this Court's jurisdiction, the Court REMANDS the case to the Superior Court of the State of California, County of Los Angeles.

                                                                                                  :
                                                    Initials of Preparer         se